UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____
JACKIE AND LISA JETTON,          )
h/w                              )           Case Number: 11-1162
       Plaintiffs             )
                                 )
       vs.                     )
                                 )
PORTFOLIO RECOVERY               )
ASSOCIATES, LLC                  )
                                 )
       Defendant              )
_____)

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, Jackie and Lisa Jetton, h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

       BY: /s/ Brent F. Vullings
            Brent F. Vullings, Esquire
            Attorney for Plaintiff
            Attorney I.D. #92344
            Warren & Vullings, LLP
            93 Old York Road
            Jenkintown, PA  19046
            215-745-9800